# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-1883
_____

KELDRIC GREEN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Stephen S. Everett, Judge.

October 9, 2024


PER CURIAM.

AFFIRMED. *See Hill v. State*, 847 So. 2d, 518, 522 (Fla. 5th DCA 2003) ("A judge may advise a witness of his or her rights when the witness is potentially exposing himself or herself to criminal liability such as perjury.").

ROBERTS, BILBREY, and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Jessica J. Yeary, Public Defender, and Barbara J. Busharis, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Robert Charlie Lee, Assistant Attorney General, Tallahassee, for Appellee.